1  Michael P. Kenny (*pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein (*pro hac vice*)
   debra.bernstein@alston.com
3  Rodney J. Ganske (*pro hac vice*)
   rod.ganske@alston.com
4  Matthew D. Kent (*pro hac vice*)
   matthew.kent@alston.com
5  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
6  Atlanta, Georgia 30309-3424
   Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  Douglas R. Young (State Bar No. 073248)
   dyoung@fbm.com
9  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
10 San Francisco, CA 94104
   Telephone: (415) 954-4400
11 Facsimile: (415) 954-4480

12 Attorneys for Plaintiffs
   DELL INC. and DELL PRODUCTS L.P.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to: Individual Case No. 15-cv-02987-YGR<br><br>DELL INC. AND DELL PRODUCTS L.P.<br><br>    PLAINTIFFS,<br><br>    V.<br><br>LG CHEM, LTD., ET AL.<br><br>    DEFENDANTS. | Case No.: 4:13-md-02420-YGR (DMR)<br><br>MDL No. 2420<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT GS YUASA CORPORATION**<br><br>Hon. Yvonne Gonzalez Rogers |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Dell Inc. and Dell Products L.P. hereby dismiss, without prejudice, all claims against GS Yuasa Corporation in the above-captioned action. GS Yuasa Corporation has not filed an answer or a motion for summary judgment in this action. This notice does not dismiss the claims against any other Defendant in this action.

Dated: August 9, 2016

**ALSTON & BIRD LLP**

/s/ *Michael P. Kenny*
Michael P. Kenny (*pro hac vice*)
Debra D. Bernstein (*pro hac vice*)
Rodney J. Ganske (*pro hac vice*)
Matthew D. Kent (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street NW
Atlanta, Georgia 30309
TEL: (404) 881-7000
FAX: (404) 881-7777
mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
donald.houser@alston.com

Douglas R. Young (State Bar No. 073248)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*