Michael P. Kenny (*pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein (*pro hac vice*)
debra.bernstein@alston.com
Rodney J. Ganske (*pro hac vice*)
rod.ganske@alston.com
Matthew D. Kent (*pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
DELL INC. and DELL PRODUCTS L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to: Individual Case No. 15-cv-02987-YGR<br><br>DELL INC. AND DELL PRODUCTS L.P.<br><br>PLAINTIFFS,<br><br>V.<br><br>LG CHEM, LTD., ET AL.<br><br>DEFENDANTS. | Case No.: 4:13-md-02420-YGR (DMR)<br><br>MDL No. 2420<br><br>**STIPULATION OF DISMISSAL OF LG CHEM AMERICA, INC. AND LG CHEM, LTD.**<br><br>Hon. Yvonne Gonzalez Rogers |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants LG Chem America, Inc. and LG Chem, Ltd. (collectively "LG Chem"), by and through undersigned counsel, stipulate and agree that Dell hereby dismisses with prejudice all claims being asserted against LG

Chem in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

    1.    Dell and LG Chem seek the dismissal of this action with prejudice.

    2.    This stipulation does not affect the rights or claims Dell may have against any other defendant or alleged co-conspirator in this litigation.

    3.    Each side shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: August 30, 2017

**ALSTON & BIRD LLP**

By: /s/ Debra D. Bernstein
Michael P. Kenny (*pro hac vice*)
Debra D. Bernstein (*pro hac vice*)
Rodney J. Ganske (*pro hac vice*)
Matthew D. Kent (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street NW
Atlanta, Georgia 30309
TEL: (404) 881-7000
FAX: (404) 881-7777
mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
donald.houser@alston.com

Douglas R. Young (State Bar No. 073248)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

1
2
3      By: */s/Nathan P. Eimer*
       Nathan P. Eimer (*pro hac vice*)
4      Vanessa G. Jacobsen (*pro hac vice*)
       **EIMER STAHL LLP**
5      224 S. Michigan Avenue, Suite 1100
       Chicago, IL 60604
6      Telephone:  312-660-7600
       Facsimile:  312-692-1718
7      neimer@eimerstahl.com
       vjacobsen@eimerstahl.com
8
9      *Counsel for Defendants LG Chem, Ltd. and LG Chem America, Inc.*
10
11
12     Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28